FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2011 JUL 19 PM 3: 19

MIᴰᴰ... ... ... ....
JACKSONVILLE, FLORIDA

BRUCE ANTONIO ALLEN
and BRUCE ALLEN BLACK,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

Case No.:

3:11-cv-713-J-12TEM

_____:

## COMPLAINT

The Plaintiffs, BRUCE ANTONIO ALLEN and BRUCE ALLEN BLACK, sue the Defendant, UNITED STATES OF AMERICA (hereinafter "U.S.A."), and allege:

1.    This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2.    This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b).

3.    Pursuant to the provisions of 28 U.S.C. §2675, on or about May 13, 2010, the Plaintiffs provided written notice to the Defendant, U.S.A., of their claims for money damages. The Standard Form 95 form for Bruce Antonio Allen is attached hereto and incorporated by reference herein respectively as Exhibit "A". The Standard Form 95 form for Bruce Allen Black is attached hereto and incorporated by reference herein respectively as Exhibit "B".

4.    A period of more than six months has transpired since notice was given to the U.S.A. The Defendant has not made a final disposition of the claim. Accordingly, under 28 U.S.C.

§2675(a), the failure of the Defendant to make a final disposition constitutes a denial of the Plaintiffs' claims.

5.      At all times material hereto Rioca Robinson, was an employee of and acting in the course and scope of his employment with the United States Postal Service, an agency or subdivision of the U.S.A.

6.      On March 25, 2010, Rioca Robinson, operated a motor vehicle owned by and  with the permission of the United States Postal Service on Ida Street at the intersection of Calvin Street in Jacksonville, Duval County, Florida.

7.      At that time and place, Rioca Robinson, negligently operated or maintained the motor vehicle in that he failed to yield the right of way so that the Defendant's motor vehicle collided with the motor vehicle operated by the Plaintiff, Bruce Antonio Allen and in which the Plaintiff, Bruce Allen Black was a passenger.

8.      As a result of the negligence of the Defendant, the Plaintiffs, Bruce Antonio Allen and Bruce Allen Black have suffered bodily injury and resulting pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for enjoyment of life, aggravation of a pre-existing condition, expense of hospitalization, medical and nursing care and treatment, lost wages and loss of ability to earn money.  These losses are either permanent or continuing, and the Plaintiffs will continue to suffer these losses in the future.

9.      The negligence of the U.S.A.'s employee, Rioca Robinson, as described above caused or contributed to the injuries and/or damages sustained by Bruce Antonio Allen and Bruce Allen Black.

**WHEREFORE**, the Plaintiffs, BRUCE ANTONIO ALLEN and BRUCE ALLEN BLACK,

demand judgment for damages, costs of suit and, to the extent allowed by law, prejudgment interest

against the Defendant, the United States of America.

**PAJCIC & PAJCIC, P.A.**

**THOMAS F. SLATER, Esq.**
Florida Bar No.: 614114
**STEPHEN J. PAJCIC, III, Esq.**
Florida Bar No.: 143485
One Independent Drive, Ste. 1900
Jacksonville, FL 32202
Telephone:     (904) 358-8881
Telefax:         (904) 354-1180

**Attorneys for the Plaintiffs Bruce Antonio Allen
and Bruce Allen Black**