**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRUCE ALLEN BLACK,

                  Plaintiff,

vs.                             Case No.  3:11-cv-713-J-34TEM

UNITED STATES OF AMERICA,

                  Defendant.

_____/

## ORDER OF DISMISSAL

      **THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>.  On May 13, 2013, the Court entered an Order administratively closing this case pending further Order of the Court.  <u>See</u> Order (Dkt. No. 33; Order).  The Court also provided that the parties shall have until July 15, 2013, to file a joint stipulation of dismissal or other appropriate documents to close out this file.  <u>See id.</u>  The Court noted that, if the parties did not file settlement pleadings or a request for additional time by July 15, 2013, this case would automatically be deemed to be dismissed without prejudice.  <u>See id.</u>  As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents.  Accordingly, it is hereby **ORDERED**:

      1.      This case is **DISMISSED without prejudice**.

2.     The Clerk of the Court is directed to terminate any previously scheduled deadlines and pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of July, 2013.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record